United States Court of Appeals
Fifth Circuit

**F I L E D**

**February 23, 2006**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 05-10140
Conference Calendar
_____

JACK DONALD BAXTER,

                                        Petitioner-Appellant,

versus

COLE JETER, Warden,
Federal Medical Center Fort Worth,

                                        Respondent-Appellee.

--------------------
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:04-CV-942
--------------------

Before GARZA, DENNIS, and PRADO, Circuit Judges.

PER CURIAM:[*]

        Jack Donald Baxter, federal prisoner # 03659-078, was

convicted in 1992 of conspiracy to possess with intent to

distribute amphetamine and sentenced to 240 months in prison.

He appeals the district court's dismissal of his 28 U.S.C. § 2241

petition, arguing that his sentence was illegal because it was

based on facts not submitted to the jury and proved beyond a

reasonable doubt in violation of United States v. Booker,

_____

        [*] Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

543 U.S. 220 (2005), and <u>Blakely v. Washington</u>, 542 U.S. 296 (2004).  He argues that his claims should be allowed to proceed under the savings clause of 28 U.S.C. § 2255.  Baxter's argument is unavailing in light of this court's decision in <u>Padilla v. United States</u>, 416 F.3d 424, 426-27 (5th Cir. 2005).

AFFIRMED.